Roberto HERNANDEZ–ARAIZA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 06–74419.

United States Court of Appeals,
Ninth Circuit.

Submitted June 13, 2013.*

Filed June 14, 2013.

Alejandro Garcia, Law Offices of Alejandro Garcia, Commerce, CA, for Petitioner.

OIL, David V. Bernal, Assistant Director, Liza Murcia, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, San Francisco, CA, for Respondent.

Before: REINHARDT, RAWLINSON, and N.R. SMITH, Circuit Judges.

### ORDER **

In light of our opinion in *Young v. Holder*, 697 F.3d 976 (9th Cir.2012) (en banc), we remand this matter to the BIA to permit Hernandez–Araiza to provide additional evidence supporting his contention that he was not convicted of a controlled substances offense.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

A copy of this order, served on the agency, shall serve as the mandate of this court.

**REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.